**CLOSED, ApFeeDeferred, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Illinois (Eastern Division)
## Adversary Proceeding #: 20-00166
### Internal Use Only

*Assigned to:* Honorable Judge Janet S. Baer
*Lead BK Case:* 18-14064
*Lead BK Title:* John T. McMahan
*Lead BK Chapter:* 7
*Demand:*

*Date Filed:* 04/30/20
*Date Terminated:* 03/07/22

*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer

*Plaintiff*
-----------------------
**Thomas E Springer**     represented by **Nathan E Delman**
Horwood Marcus & Berk Chartered
500 West Madison Street
Suite 3700
Chicago, IL 60661
312.606.3234
Fax : 312.606.3232
Email: ndelman@hmblaw.com

**John W Guzzardo**
Horwood Marcus & Berk Chartered
500 West Madison Street
Suite 3700
Chicago, IL 60661
(312) 606-3200
*TERMINATED: 09/30/2021*
*LEAD ATTORNEY*

**Aaron L. Hammer**
Horwood Marcus & Berk Chartered
500 W. Madison Street
Suite 3700
Chicago, IL 60661
312-606-3200
Fax : 312-606-3200
Email: ahammer@hmblaw.com

V.

*Defendant*
-----------------------
**Trinity Green, LLC**     represented by **Richard L Hirsh**
Richard L. Hirsh & Assoc., P.C.
PO BOX 254
Naperville, IL 60566
630-638-0500
*TERMINATED: 01/13/2021*

**Robert Shelist**
1061 W Monroe St
Chicago, IL 60607
(312) - 226-0675
Email: rjsattorny@aol.com

**Daniel J. Voelker**
311 W Superior Street
Suite 500
Chicago, Il 60654
(312) - 870-5430
Fax : (312) - 870-5431
Email: dvoelker@voelkerlitigationgroup.com

*Defendant*
-----------------------
**Trinity Green, LLC-509 Peyton**     represented by **Richard L Hirsh**
Richard L. Hirsh & Assoc., P.C.
PO BOX 254
Naperville, IL 60566
630-638-0500
*TERMINATED: 01/13/2021*

**Cindy M. Johnson**
Johnson Legal Group LLC
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312 345-1306 Ext. 101
Email: cjohnson@jnlegal.net

**Robert Shelist**
(See above for address)

**Daniel J. Voelker**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 04/30/2020 | 1 (11 pgs; 2 docs) | Adversary case 20-00166. (13 (Recovery of money/property - 548 fraudulent transfer)): Complaint by Thomas E Springer against Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Fee Amount $350. Status hearing to be held on 6/11/2020 at 10:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Adversary Cover Sheet) (Guzzardo, John) (Entered: 04/30/2020) |
| 04/30/2020 | 2 (2 pgs) | Summons Issued on Trinity Green, LLC Answer Due 06/1/2020; Trinity Green, LLC-509 Peyton Answer Due 06/1/2020 (Admin) (Entered: 04/30/2020) |
| 05/01/2020 | 3 | **Fee Deferred** Receipt of Complaint(20-00166) [cmp,cmp] (Horn, Fred) (re:Doc1) (Horn) Modified on 5/1/2020 (Horn, Fred). (Entered: 05/01/2020) |
| 06/08/2020 | 4 | (E)Hearing Rescheduled (RE: 1 Complaint). Status hearing rescheduled for 06/17/2020 at 01:30 PM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604.. Signed on 06/08/2020. (Dragonetti, Alex) (Entered: 06/08/2020) |
| 06/17/2020 | 5 (1 pg) | Order Scheduling (RE: 1 Complaint). Answer due by: 7/1/2020. Status hearing to be held on 7/8/2020 at 01:30 PM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. Signed on 6/17/2020 (Hamilton, Annette) (Entered: 06/17/2020) |
| 06/17/2020 | 6 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 07/08/2020 at 01:30 PM at Courtroom 615 219 South Dearborn, Chicago, IL, 60604.. Signed on 06/17/2020. (Dragonetti, Alex) (Entered: 06/17/2020) |
| 07/01/2020 | 7 (16 pgs) | Answer to Complaint Filed by Daniel J Voelker on behalf of Trinity Green, LLC-509 Peyton. (Voelker, Daniel) (Entered: 07/01/2020) |
| 07/01/2020 | 8 (16 pgs) | Answer to Complaint Filed by Daniel J Voelker on behalf of Trinity Green, LLC. (Voelker, Daniel) (Entered: 07/01/2020) |
| 07/08/2020 | 9 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 08/26/2020 at 01:30 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 07/08/2020. (Dragonetti, Alex) (Entered: 07/08/2020) |
| 08/26/2020 | 10 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 09/30/2020 at 01:30 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 08/26/2020. (Dragonetti, Alex) (Entered: 08/26/2020) |
| 09/23/2020 | 11 (17 pgs; 2 docs) | Notice of Motion and Motion for Sanctions against Trinity Green, LLC and Trinity Green, LLC - 509 Peyton Filed by John W Guzzardo on behalf of Thomas E Springer. Hearing scheduled for 9/30/2020 at 01:30 PM at Appear by Telephone. (Attachments: # 1 Exhibit A) (Guzzardo, John) Modified on 9/24/2020 to correct docket text (Gomez, Denise). (Entered: 09/23/2020) |

| | | |
|---|---|---|
| 09/24/2020 | 12 | CORRECTIVE ENTRY: to correct docket text (RE: 11 Motion for Sanctions/Damages). (Gomez, Denise) (Entered: 09/24/2020) |
| 09/24/2020 | 13 (1 pg) | Proposed Order - Granting Motion for Sanctions Against Defendants Filed by John W Guzzardo on behalf of Thomas E Springer (RE: 11 Motion for Sanctions/Damages). (Guzzardo, John) (Entered: 09/24/2020) |
| 09/30/2020 | 14 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 10/28/2020 at 01:30 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 09/30/2020. (Dragonetti, Alex) (Entered: 09/30/2020) |
| 09/30/2020 | 15 | (E)Order Denying Motion For Sanctions/Damages (Related Doc # 11). Signed on 9/30/2020. (Ruiz, Rosario) (Entered: 10/01/2020) |
| 10/15/2020 | 16 (35 pgs; 6 docs) | Notice of Motion and Motion to Compel Trinity Green, LLC - 509 Peyton and Trinity Green, LLC to Respond to Rule 7026 Interrogatories and Document Requests Filed by John W Guzzardo on behalf of Thomas E Springer. Hearing scheduled for 10/28/2020 at 01:30 PM at Appear by Telephone. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Order) (Guzzardo, John) (Entered: 10/15/2020) |
| 10/28/2020 | 17 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 11/04/2020 at 02:00 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 10/28/2020. (Dragonetti, Alex) (Entered: 10/28/2020) |
| 10/28/2020 | 18 | (E)Hearing Continued (RE: 16 Compel). hearing scheduled for 11/04/2020 at 02:00 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 10/28/2020. (Dragonetti, Alex) (Entered: 10/28/2020) |
| 10/29/2020 | 19 (1 pg) | Appearance Filed by Nathan E Delman on behalf of Thomas E Springer. (Delman, Nathan) (Entered: 10/29/2020) |
| 11/03/2020 | 20 (1 pg) | Appearance Filed by Richard L Hirsh on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. (Hirsh, Richard) (Entered: 11/03/2020) |
| 11/03/2020 | 21 (1 pg) | Notice of Filing Filed by Richard L Hirsh on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 20 Appearance). (Hirsh, Richard) Modified on 11/4/2020 **PDF Error, Filer to Refile as Amended** (Gomez, Denise). (Entered: 11/03/2020) |
| 11/03/2020 | 22 (1 pg) | Amended Notice of Filing Filed by Richard L Hirsh on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 20 Appearance). (Hirsh, Richard) (Entered: 11/03/2020) |
| 11/04/2020 | 23 | CORRECTIVE ENTRY: PDF Error, Filer to Refile as Amended (RE: 21 Notice of Filing). (Gomez, Denise) (Entered: 11/04/2020) |

| | | |
|---|---|---|
| 11/04/2020 | 24 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 11/18/2020 at 01:30 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 11/04/2020. (Dragonetti, Alex) (Entered: 11/04/2020) |
| 11/04/2020 | 25 | (E)Hearing Continued (RE: 16 Compel). hearing scheduled for 11/18/2020 at 01:30 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 11/04/2020. (Dragonetti, Alex) (Entered: 11/04/2020) |
| 11/04/2020 | 26 | Draft Order (RE: 16 Motion to Compel) is due by 11/18/2020. (Dragonetti, Alex) (Entered: 11/04/2020) |
| 11/16/2020 | 27 (2 pgs) | Agreed Order Scheduling (RE: 16 Motion to Compel). Response due by 1/8/2021. Status hearing to be held on 1/13/2021 at 01:30 PM at Appear by Telephone using AT and T. Signed on 11/16/2020 (Ruiz, Rosario) (Entered: 11/16/2020) |
| 11/18/2020 | 28 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 01/13/2021 at 01:30 PM at Appear using Zoom for Government, , , .. Signed on 11/18/2020. (Dragonetti, Alex) (Entered: 11/18/2020) |
| 11/18/2020 | 29 | (E)Hearing Continued (RE: 16 Compel). hearing scheduled for 01/13/2021 at 01:30 PM at Appear using Zoom for Government.. Signed on 11/18/2020. (Dragonetti, Alex) (Entered: 11/18/2020) |
| 12/11/2020 | 30 (6 pgs; 2 docs) | Notice of Motion and Motion for Leave to File an Amended Answer to the Complaint Filed by Richard L Hirsh on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 12/23/2020 at 01:30 PM at Appear using Zoom for Government. (Attachments: # 1 Proposed Order) (Hirsh, Richard) (Entered: 12/11/2020) |
| 12/23/2020 | 31 (1 pg) | (E)Order Granting Motion for Leave (Related Doc # 30 ). Signed on 12/23/2020. (O'Neal, Michelle) (Entered: 12/23/2020) |
| 01/04/2021 | 32 (6 pgs; 2 docs) | Notice of Motion and Motion to Withdraw as Attorney Filed by Richard L Hirsh on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 1/13/2021 at 01:30 PM at Appear using Zoom for Government. (Attachments: # 1 Proposed Order) (Hirsh, Richard) (Entered: 01/04/2021) |
| 01/13/2021 | 33 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 02/17/2021 at 01:30 PM at Appear using Zoom for Government, , , .. Signed on 01/13/2021. (Dragonetti, Alex) (Entered: 01/14/2021) |
| 01/13/2021 | 34 | (E)Hearing Continued (RE: 16 Compel). hearing scheduled for 02/17/2021 at 01:30 PM at Appear by Telephone Chicago, Chicago, IL, 60604.. Signed on 01/13/2021. (Dragonetti, Alex) (Entered: 01/14/2021) |
| 01/13/2021 | 35 (1 pg) | Order Granting Motion To Withdraw As Attorney (Related Doc # 32). Signed on 1/13/2021. (Ruiz, Rosario) (Entered: 01/15/2021) |

| | | |
|---|---|---|
| 02/17/2021 | 36 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 04/14/2021 at 01:30 PM at Appear using Zoom for Government, , , .. Signed on 02/17/2021. (Dragonetti, Alex) (Entered: 02/17/2021) |
| 02/17/2021 | 37 | Draft Order (Related Doc#: 16 Compel). due by 03/03/2021 (Dragonetti, Alex) (Entered: 02/17/2021) |
| 02/19/2021 | 38 (2 pgs) | Order Granting Motion To Compel. The Defendants shall fully respond to the Discovery Requests on or before March 31, 2021. (Related Doc # 16). Signed on 2/19/2021. (Molina, Nilsa) (Entered: 02/19/2021) |
| 02/22/2021 | 39 (2 pgs) | Certificate of Service for Trustee's First Set of Requests to Admit Filed by John W Guzzardo on behalf of Thomas E Springer. (Guzzardo, John) (Entered: 02/22/2021) |
| 04/14/2021 | 40 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 07/28/2021 at 01:30 PM at Appear using Zoom for Government.. Signed on 04/14/2021. (Dragonetti, Alex) (Entered: 04/14/2021) |
| 04/19/2021 | 41 (2 pgs) | Order of Civil Contempt against Trinity Green, LLC; Trinity Green LLC-509 Peyton (RE: 38 Order on Motion to Compel). The Defendants shall respond to the Request for Damages on or before July 14th, 2021. Hearing scheduled for 7/28/2021 at 01:30 PM at Appear Using Zoom for Government - Judge Baer. Signed on 4/19/2021 (Molina, Nilsa) (Entered: 04/19/2021) |
| 04/20/2021 | 42 (2 pgs) | Certificate of Service Filed by John W Guzzardo on behalf of Thomas E Springer (RE: 41 Order of Civil Contempt). (Guzzardo, John) (Entered: 04/20/2021) |
| 06/07/2021 | 43 | (E)Hearing Rescheduled (RE: 1 Complaint). Status hearing rescheduled for 08/04/2021 at 01:30 PM at Appear using Zoom for Government.. Signed on 06/07/2021. (Dragonetti, Alex) (Entered: 06/07/2021) |
| 06/14/2021 | 44 (11 pgs; 3 docs) | Notice of Motion and Motion to Approve Petition for Fees Filed by Nathan E Delman on behalf of Thomas E Springer. Hearing scheduled for 6/24/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Baer. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Delman, Nathan) (Entered: 06/14/2021) |
| 06/17/2021 | 45 | The Hearing Scheduled for June 24, 2021 is Stricken (RE: 44 Motion to Approve). Judge Not Sitting. (Dragonetti, Alex) (Entered: 06/17/2021) |
| 06/24/2021 | 46 (3 pgs) | Amended Notice of Motion Filed by Nathan E Delman on behalf of Thomas E Springer (RE: 44 Motion to Approve). Hearing scheduled for 7/7/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Baer. (Delman, Nathan) (Entered: 06/24/2021) |
| 07/07/2021 | 47 (1 pg) | Order Granting Motion to Approve (Related Doc # 44). Signed on 7/7/2021. (Ruiz, Rosario) (Entered: 07/08/2021) |

| | | |
|---|---|---|
| 07/12/2021 | [48](#) (1 pg) | Order Vacating Order (RE: [47](#) Order on Motion to Approve). Signed on 7/12/2021 (Molina, Nilsa) (Entered: 07/12/2021) |
| 08/04/2021 | [49](#) | (E)Hearing Continued (RE: [1](#) Complaint). Status hearing scheduled for 09/29/2021 at 01:30 PM at Appear using Zoom for Government.. Signed on 08/04/2021. (Dragonetti, Alex) (Entered: 08/04/2021) |
| 08/04/2021 | [50](#) (1 pg) | Order Granting Motion to Approve (Related Doc # [44](#)). Signed on 8/4/2021. (Roman, Felipe) (Entered: 08/05/2021) |
| 08/05/2021 | | (private) Reopen Document (RE: [44](#) Motion to Approve). (Roman, Felipe) (Entered: 08/05/2021) |
| 09/29/2021 | [51](#) | (E)Hearing Continued (RE: [1](#) Complaint). Status hearing scheduled for 11/03/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Baer, , , .. Signed on 09/29/2021. (Dragonetti, Alex) (Entered: 09/29/2021) |
| 09/30/2021 | [52](#) (3 pgs) | Substitution of Attorney Filed by Aaron L. Hammer on behalf of Thomas E Springer. (Hammer, Aaron) (Entered: 09/30/2021) |
| 09/30/2021 | | (private) Terminated Attorney John W Guzzardo . (Seamann, Pamela) (Entered: 10/01/2021) |
| 10/01/2021 | [53](#) (126 pgs; 6 docs) | Notice of Motion and Motion For Summary Judgment Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 10/13/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Baer. (Attachments: # [1](#) Exhibit 1 # [2](#) Exhibit 2 # [3](#) Exhibit 3 # [4](#) Exhibit 4 # [5](#) Exhibit 5) (Hammer, Aaron) (Entered: 10/01/2021) |
| 10/01/2021 | [54](#) (117 pgs; 5 docs) | Memorandum of Law in Support of Motion for Summary Judgment Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: [53](#) Motion for Summary Judgment). (Attachments: # [1](#) Exhibit 1 # [2](#) Exhibit 2 # [3](#) Exhibit 3 # [4](#) Exhibit 4) (Hammer, Aaron) (Entered: 10/01/2021) |
| 10/01/2021 | [55](#) (30 pgs; 3 docs) | Statement of Material Facts Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: [53](#) Motion for Summary Judgment). (Attachments: # [1](#) Exhibit 1 # [2](#) Exhibit 2) (Hammer, Aaron) (Entered: 10/01/2021) |
| 10/01/2021 | [56](#) (3 pgs) | Declaration of Counsel Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: [53](#) Motion for Summary Judgment). (Hammer, Aaron) (Entered: 10/01/2021) |
| 10/01/2021 | [57](#) (3 pgs) | Notice of Motion Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: [53](#) Motion for Summary Judgment). Hearing scheduled for 10/13/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Baer. (Hammer, Aaron) (Entered: 10/01/2021) |

| | | |
|---|---|---|
| 10/04/2021 | | (private) Phone Call to Aaron L. Hammer re: Missing Proposed Order (RE: 53 Motion for Summary Judgment). (Seamann, Pamela) (Entered: 10/04/2021) |
| 10/04/2021 | | (private) Follow-Up by Email to CRD re: MISSING ORDER (RE: 53 Motion for Summary Judgment). (Seamann, Pamela) (Entered: 10/04/2021) |
| 10/05/2021 | 58 (2 pgs) | Proposed Order - Order Granting Plaintiff's Motion for Summary Judgment Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: 53 Motion for Summary Judgment). (Hammer, Aaron) (Entered: 10/05/2021) |
| 10/13/2021 | 59 (1 pg) | Order Scheduling (RE: 53 Motion for Summary Judgment). Response due by 12/1/2021. Reply due by: 12/15/2021. Status hearing to be held on 1/5/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Baer. Signed on 10/13/2021 (Hamilton, Annette) (Entered: 10/13/2021) |
| 10/13/2021 | 60 | (E)Hearing Continued (RE: 53 Summary Judgment). hearing scheduled for 01/05/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Baer.. Signed on 10/13/2021. (Dragonetti, Alex) (Entered: 10/13/2021) |
| 11/03/2021 | 61 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 01/05/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Baer, , , .. Signed on 11/03/2021. (Dragonetti, Alex) (Entered: 11/03/2021) |
| 12/08/2021 | 62 (9 pgs; 3 docs) | Notice of Motion and Motion to Set Hearing on Request for Ruling on Plaintiff's Motion for Summary Judgment. Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 12/15/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Baer. (Attachments: # 1 Proposed Order Exhibit A -Order on Motion for Summary Judgment # 2 Proposed Order Exhibit B - Final Judgment) (Hammer, Aaron) (Entered: 12/08/2021) |
| 12/21/2021 | 63 (5 pgs) | Order Granting Motion To Set Hearing (Related Doc # 62). Final Hearing on Trustee's motion for Summary Judgment #53 scheduled for 2/2/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Baer. Final Date for Response due by 1/24/2022. Signed on 12/21/2021. (Hamilton, Annette) (Entered: 12/21/2021) |
| 12/22/2021 | 64 (1 pg) | Certificate of Service (RE: 63 Order on Motion To Set Hearing). (Dragonetti, Alex) (Entered: 12/22/2021) |
| 01/05/2022 | 65 | (E)Hearing Continued (RE: 53 Summary Judgment). hearing scheduled for 02/02/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Baer.. Signed on 01/05/2022. (Dragonetti, Alex) (Entered: 01/05/2022) |
| 01/05/2022 | 66 | (E)Hearing Continued (RE: 1 Complaint). Status hearing scheduled for 02/02/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Baer.. Signed on 01/05/2022. (Dragonetti, Alex) (Entered: |

| | | |
|---|---|---|
| | | 01/05/2022) |
| 02/02/2022 | 67 | Draft Order (Related Doc#: 53 Summary Judgment). due by 02/16/2022 (Dragonetti, Alex) (Entered: 02/02/2022) |
| 02/07/2022 | 68 (3 pgs) | Order Granting Motion For Summary Judgment (Related Doc # 53). Signed on 2/7/2022. (Hamilton, Annette) (Entered: 02/07/2022) |
| 02/07/2022 | 69 (3 pgs) | Final Judgment Order (RE: 1 Complaint). Signed on 2/7/2022 (Hamilton, Annette) (Entered: 02/07/2022) |
| 03/07/2022 | doc (1 pg) | (private) B111B Received (RE: 69 Judgment Order). (Collins-Mong, Tara) (Entered: 03/07/2022) |
| 03/07/2022 | 70 | Adversary Case 1:20-ap-166 Closed . (Collins-Mong, Tara) (Entered: 03/07/2022) |
| 10/06/2022 | 71 (1 pg) | Appearance Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. (Shelist, Robert) (Entered: 10/06/2022) |
| 10/06/2022 | 72 (18 pgs) | Notice of Motion and Motion to Vacate (related documents 68 Order on Motion For Summary Judgment, 69 Judgment Order) Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 10/11/2022 at 09:30 AM at Appear by Telephone: (877) 972-8394 Passcode: 5021178. (Shelist, Robert) Modified on 10/7/2022 **Notice of Motion missing, filer notified to file** (Sullivan, Elizabeth). (Entered: 10/06/2022) |
| 10/07/2022 | | (private) Phone Call to Attorney Robert J. Shelist re: Missing Proposed Order & Missing Notice of Motion (RE: 72 Motion to Vacate). (Armstead, Cynthia) (Entered: 10/07/2022) |
| 10/07/2022 | 73 | CORRECTIVE ENTRY: Notice of Motion missing, filer notified to file (RE: 72 Motion to Vacate). (Sullivan, Elizabeth) (Entered: 10/07/2022) |
| 10/07/2022 | 74 (18 pgs) | Notice of Motion and Motion to Vacate (related documents 68 Order on Motion For Summary Judgment, 69 Judgment Order) Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 10/11/2022 at 09:30 AM at Appear by Videoconference using Zoom for Government. (Shelist, Robert) (Entered: 10/07/2022) |
| 10/07/2022 | 75 (5 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 74 Motion to Vacate). Hearing scheduled for 10/11/2022 at 09:30 AM at Appear by Videoconference using Zoom for Government. (Shelist, Robert) (Entered: 10/07/2022) |
| 10/07/2022 | 76 (3 pgs) | Notice of Objection Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: 72 Motion to Vacate). (Hammer, Aaron) (Entered: 10/07/2022) |

| | | |
|---|---|---|
| 10/11/2022 | 77 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 10/12/2022 at 01:00 PM at Appear by Videoconference.. Signed on 10/11/2022. (Dragonetti, Alex) (Entered: 10/11/2022) |
| 10/11/2022 | 78 | (E)Order Withdrawing Motion To Vacate (Related Doc # 72 ). Signed on 10/11/2022. (Dragonetti, Alex) (Entered: 10/11/2022) |
| 10/12/2022 | 79 (2 pgs) | Proposed Order - ORDER ON DEFENDANTS MOTION FOR LEAVE TO APPEAR, TO VACATE ALL SUBSTANTIVE RULINGS IN THE ADVERSARIAL CASE, FOR DISMISSAL ON LIMITATIONS GROUNDS AND FOR THE ENTRY OF OTHER RELIEF Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 74 Motion to Vacate). (Shelist, Robert) (Entered: 10/12/2022) |
| 10/12/2022 | 80 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 10/25/2022 at 11:00 AM at Appear Using Zoom for Government - Judge Baer.. Signed on 10/12/2022. (Dragonetti, Alex) (Entered: 10/12/2022) |
| 10/12/2022 | 81 (1 pg) | Order Scheduling (RE: 74 Motion to Vacate). Response due by 11/2/2022. Reply due by 11/16/2022. Status hearing to be held on 10/25/2022 at 11:00 AM at Appear Using Zoom for Government - Judge Baer. Signed on 10/12/2022 (Bowles, Aaron) (Entered: 10/12/2022) |
| 10/25/2022 | 82 (8 pgs; 2 docs) | Notice of Motion and Motion for Leave to to have new attorney file appearance, and to allow withdrawal of Statute of Limitations argument from motion to vacate Filed by Cindy M. Johnson on behalf of Trinity Green, LLC-509 Peyton. Hearing scheduled for 11/2/2022 at 09:30 AM at 01:30 PM at Appear Using Zoom for Government - Judge Baer. (Attachments: # 1 Proposed Order) (Johnson, Cindy) Modified on 10/26/2022 to correct docket text **Incorrect Notice of Motion, Filer Notified to Refile as Amended** (Gossett, Valerie). (Entered: 10/25/2022) |
| 10/25/2022 | 83 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 12/06/2022 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 10/25/2022. (Dragonetti, Alex) (Entered: 10/25/2022) |
| 10/26/2022 | 84 (3 pgs) | Amended Amended Notice of Motion Filed by Cindy M. Johnson on behalf of Trinity Green, LLC-509 Peyton (RE: 82 Motion for Leave). Hearing scheduled for 11/2/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Baer. (Johnson, Cindy) (Entered: 10/26/2022) |
| 10/26/2022 | 85 | CORRECTIVE ENTRY to correct docket text - Incorrect Notice of Motion, Filer Notified to Refile as Amended (RE: 82 Motion for Leave). (Gossett, Valerie) (Entered: 10/26/2022) |

| | | |
|---|---|---|
| 11/02/2022 | 86 | (E)Hearing Continued (RE: 82 Leave). hearing scheduled for 11/09/2022 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 11/02/2022. (Dragonetti, Alex) (Entered: 11/02/2022) |
| 11/02/2022 | 87 (48 pgs; 3 docs) | Notice of Motion and Motion for Leave to File An Overlength Response Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 11/9/2022 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Hammer, Aaron) (Entered: 11/02/2022) |
| 11/03/2022 | 88 (2 pgs) | Certificate of Service Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: 87 Motion for Leave). (Hammer, Aaron) (Entered: 11/03/2022) |
| 11/09/2022 | 89 | (E)Order Withdrawing Motion for Leave (Related Doc # 82 ). Signed on 11/09/2022. (Dragonetti, Alex) (Entered: 11/09/2022) |
| 11/09/2022 | 90 (1 pg) | (E)Order Granting Motion for Leave (Related Doc # 87 ). Signed on 11/09/2022. (Dragonetti, Alex) (Entered: 11/09/2022) |
| 11/09/2022 | 91 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 12/14/2022 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 11/09/2022. (Dragonetti, Alex) (Entered: 11/09/2022) |
| 11/09/2022 | 92 (1 pg) | Order Scheduling (RE: 74 Motion to Vacate). Response due by 2/1/2023. Status hearing to be held on 12/14/2022 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. Signed on 11/9/2022 (Hamilton, Annette) (Entered: 11/09/2022) |
| 12/12/2022 | 93 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 12/19/2022 at 02:00 PM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 12/12/2022. (Dragonetti, Alex) (Entered: 12/12/2022) |
| 12/19/2022 | 94 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 12/23/2022 at 01:00 PM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 12/19/2022. (Dragonetti, Alex) (Entered: 12/19/2022) |
| 12/23/2022 | 95 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 12/28/2022 at 02:00 PM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 12/23/2022. (Dragonetti, Alex) (Entered: 12/23/2022) |
| 12/28/2022 | 96 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 02/08/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 12/28/2022. (Dragonetti, Alex) (Entered: 12/29/2022) |

| | | |
|---|---|---|
| 01/25/2023 | 🌐97 | (E)Hearing Continued (RE: 74 Vacate). Reply Due 03/01/2023. Hearing scheduled for 02/22/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 01/25/2023. (Dragonetti, Alex) (Entered: 01/25/2023) |
| 02/22/2023 | 🌐98 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 03/08/2023 at 02:00 PM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 02/22/2023. (Dragonetti, Alex) (Entered: 02/22/2023) |
| 04/02/2023 | 🌐99<br>(21 pgs; 2 docs) | Notice of Motion and Motion to Dismiss Adversary Proceeding Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 4/12/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Shelist, Robert) (Entered: 04/02/2023) |
| 04/02/2023 | 🌐100<br>(3 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 99 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 4/12/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 04/03/2023) |
| 04/11/2023 | 🌐101 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 04/12/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 04/11/2023. (Dragonetti, Alex) (Entered: 04/11/2023) |
| 04/12/2023 | 🌐102 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 07/26/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 04/12/2023. (Dragonetti, Alex) (Entered: 04/12/2023) |
| 04/12/2023 | 🌐103 | (E)Hearing Continued (RE: 99 Dismiss Adversary Proceeding). hearing scheduled for 05/31/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 04/12/2023. (Dragonetti, Alex) (Entered: 04/12/2023) |
| 04/12/2023 | 🌐104<br>(1 pg) | Order Scheduling (RE: 99 Motion to Dismiss Adversary Proceeding). Response due by 4/26/2023. Reply due by: 5/17/2023. Status hearing to be held on 5/31/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. Signed on 4/12/2023 (Chavez, Baldo) (Entered: 04/12/2023) |
| 04/12/2023 | 🌐105<br>(2 pgs) | Order Scheduling (RE: 74 Motion to Vacate). Response due by 8/10/2023. Surreply due by: 10/6/2023. Status hearing to be held on 7/26/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. Expert Witnesses due by 5/10/2023. Signed on 4/12/2023 (Hamilton, Annette) (Entered: 04/12/2023) |

| | | |
|---|---|---|
| 04/26/2023 | 106 (66 pgs; 3 docs) | Notice of Motion and Motion to Exceed Page Limitation Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 5/3/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Exhibit 1 - Proposed Response # 2 Proposed Order) (Hammer, Aaron) (Entered: 04/26/2023) |
| 05/03/2023 | 107 (1 pg) | (E)Order Granting Motion to Exceed Page Limitation (Related Doc # 106 ). Signed on 05/03/2023. (Dragonetti, Alex) (Entered: 05/03/2023) |
| 05/03/2023 | 108 (56 pgs) | Response to (related document(s): 99 Motion to Dismiss Adversary Proceeding) Filed by Aaron L. Hammer on behalf of Thomas E Springer (Hammer, Aaron) (Entered: 05/03/2023) |
| 05/11/2023 | 109 (10 pgs; 2 docs) | Notice of Motion and Motion to Compel Defendants to Comply with the Scheduling Order, Notice of Motion and Motion to Shorten Notice Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 5/17/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Hammer, Aaron) (Entered: 05/11/2023) |
| 05/17/2023 | 110 (9 pgs) | Reply to (related document(s): 99 Motion to Dismiss Adversary Proceeding) Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (Shelist, Robert) (Entered: 05/17/2023) |
| 05/17/2023 | 111 (2 pgs) | Order Granting Motion To Compel (Related Doc # 109), Granting Motion to Shorten (Related Doc # 109). Signed on 5/17/2023. (Hamilton, Annette) (Entered: 05/18/2023) |
| 05/24/2023 | 112 (14 pgs; 3 docs) | Notice of Motion and Motion for Leave to File a Surreply to Motion to Dismiss Adversary Complaint, or in the Alternative, for Summary Judgment and Motion for Sanctions Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 5/31/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Hammer, Aaron) (Entered: 05/24/2023) |
| 05/31/2023 | 113 | (E)Order Denying for the Reasons Stated on the Record Motion to Dismiss Adversary (Related Doc # 99 ). Signed on 05/31/2023. (McGee, Kimberly) (Entered: 05/31/2023) |
| 05/31/2023 | 114 (1 pg) | (E)Order Granting Motion for Leave (Related Doc # 112 ). Signed on 05/31/2023. (McGee, Kimberly) (Entered: 05/31/2023) |
| 07/12/2023 | 115 (12 pgs; 2 docs) | Notice of Motion and Motion for Sanctions against Defendants, Trinity Green, LLC; Trinity Green, LLC-509 Peyton. Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 7/19/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Hammer, Aaron) (Entered: 07/12/2023) |

| | | |
|---|---|---|
| 07/18/2023 | 116 (17 pgs; 2 docs) | Notice of Motion and Motion to Extend Time Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 7/19/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Shelist, Robert) (Entered: 07/18/2023) |
| 07/18/2023 | 117 (3 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 116 Motion to Extend Time). Hearing scheduled for 7/19/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 07/18/2023) |
| 07/21/2023 | 118 (2 pgs) | Order Scheduling (RE: 74 Motion to Vacate, 115 Motion for Sanctions/Damages, 116 Motion to Extend Time). Report due by 8/18/2023. Reply due by: 9/18/2023. Depositions due by 10/13/2023. Surreply due by 10/25/2023. Evidentiary hearing to be held 10/30/2023 and 10/31/2023. Signed on 7/21/2023 (Chavez, Baldo) (Entered: 07/21/2023) |
| 07/21/2023 | 119 (2 pgs) | Final PreTrial Order (RE: 74 Motion to Vacate). Joint Pretrial Statement due by: 10/27/2023. Joint Trial date set for 10/30/2023 at 09:30 AM at Courtroom 615, 219 South Dearborn, Chicago, Illinois 60604. Continued Joint Trial date set for 10/31/2023 at 09:30 AM at Courtroom 615, 219 South Dearborn, Chicago, Illinois 60604. Signed on 7/21/2023 (Chavez, Baldo) (Entered: 07/21/2023) |
| 07/26/2023 | 120 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 10/30/2023 at 09:30 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 07/26/2023. (Keith-Anderson, Cynthia) (Entered: 07/26/2023) |
| 08/21/2023 | 121 (11 pgs; 2 docs) | Notice of Motion and Motion for Sanctions against Defendants, Trinity Green, LLC and Trinity Green, LLC-509 Peyton, Notice of Motion and Motion to Shorten Notice Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 8/23/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Hammer, Aaron) (Entered: 08/21/2023) |
| 08/23/2023 | 122 | (E)Hearing Continued (RE: 121 Sanctions/Damages; Shorten). hearing scheduled for 08/30/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 08/23/2023. (Dragonetti, Alex) (Entered: 08/23/2023) |
| 08/30/2023 | 123 (1 pg) | Order Granting Motion For Sanctions (Related Doc # 121), Granting Motion to Shorten (Related Doc # 121). Signed on 8/30/2023. (Hamilton, Annette) (Entered: 08/31/2023) |
| 09/19/2023 | 124 (26 pgs) | Brief Reply brief in support of motion to vacate Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. (Shelist, Robert) (Entered: 09/19/2023) |

| | | |
|---|---|---|
| 09/19/2023 | [125](#) (4 pgs) | Notice of Motion and Motion to Exceed Page Limitation Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 9/27/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 09/19/2023) |
| 09/19/2023 | [126](#) (7 pgs) | Notice of Motion and Emergency Motion to Vacate (related documents [68](#) Order on Motion For Summary Judgment, [69](#) Judgment Order) Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 9/27/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 09/19/2023) |
| 09/19/2023 | [127](#) (5 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: [126](#) Motion to Vacate). Hearing scheduled for 9/27/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 09/19/2023) |
| 09/19/2023 | [128](#) (5 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: [125](#) Exceed Page Limitation). Hearing scheduled for 9/27/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 09/19/2023) |
| 09/19/2023 | [129](#) (2 pgs) | Proposed Order - Granting Defendants' Mtion for Leave to File Reply Brief in excess of the Page Limitations Filed by Robert Shelist on behalf of Trinity Green, LLC , Trinity Green, LLC-509 Peyton (RE: [125](#) Exceed Page Limitation). (Chavez, Baldo) (Entered: 09/20/2023) |
| 09/19/2023 | [130](#) (2 pgs) | Proposed Order - Granting Emergency Motion to Vacate the Summary Judgment and Final Order on Jurisdictional Grounds, to Strike the Trial Dates Filed by Trinity Green, LLC , Trinity Green, LLC-509 Peyton(RE: [126](#) Motion to Vacate). (Chavez, Baldo) (Entered: 09/20/2023) |
| 09/22/2023 | [131](#) (5 pgs) | Notice of Motion and Motion to Quash subpoena and discovery requests Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 9/27/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 09/22/2023) |
| 09/22/2023 | [132](#) (5 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: [131](#) Motion to Quash). Hearing scheduled for 9/27/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 09/22/2023) |
| 09/22/2023 | [133](#) (14 pgs; 2 docs) | Notice of Subpoena to Produce Documents Filed by Aaron L. Hammer on behalf of Thomas E Springer. (Attachments: # [1](#) Copy of Subpoena) (Hammer, Aaron) (Entered: 09/22/2023) |

| | | |
|---|---|---|
| 09/22/2023 | 135 (2 pgs) | Proposed Order - Quash Subpoena Filed by Robert Shelist on behalf of Trinity Green, LLC , Trinity Green, LLC-509 Peyton (RE: 131 Motion to Quash). (Hamilton, Annette) (Entered: 09/25/2023) |
| 09/25/2023 | 134 | Notice of Objection Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: 126 Motion to Vacate, 131 Motion to Quash). (Hammer, Aaron) (Entered: 09/25/2023) |
| 09/27/2023 | 136 | (E)Order Denying for the Reasons Stated on the Record Motion To Quash (Related Doc # 131 ). Signed on 09/27/2023. (Dragonetti, Alex) (Entered: 09/27/2023) |
| 09/27/2023 | 137 | (E)Hearing Continued (RE: 126 Vacate). hearing scheduled for 12/21/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 09/27/2023. (Dragonetti, Alex) (Entered: 09/27/2023) |
| 09/27/2023 | 138 (1 pg) | Order Scheduling (RE: 126 Motion to Vacate). Plaintiff's Response due by 10/18/2023. Defendant's Reply due by 11/15/2023. Status hearing to be held on 12/21/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. Signed on 9/27/2023 (Johnson, Carly) (Entered: 09/27/2023) |
| 09/27/2023 | 139 (3 pgs) | Order Granting Motion to Exceed Page Limitation (Related Doc # 125). Signed on 9/27/2023. (Dragonetti, Alex) (Entered: 09/28/2023) |
| 10/02/2023 | 140 (5 pgs) | Notice of Subpoena to Testify Filed by Aaron L. Hammer on behalf of Thomas E Springer. (Hammer, Aaron) (Entered: 10/02/2023) |
| 10/10/2023 | 141 (1 pg) | Proposed Order - Agreed Order Partially Withdrawing Defendants' Motion to Vacate Filed by Aaron L. Hammer on behalf of Thomas E Springer (RE: 74 Motion to Vacate, 124 Brief). (Hammer, Aaron) (Entered: 10/10/2023) |
| 10/18/2023 | 142 (2 pgs) | Agreed Order Partially Withdrawing (RE: 74 Motion to Vacate). Signed on 10/18/2023 (Hamilton, Annette) (Entered: 10/18/2023) |
| 10/18/2023 | 143 | (E)Hearing Rescheduled (RE: 74 Vacate). Hearing rescheduled for 12/21/2023 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 10/18/2023. (Dragonetti, Alex) (Entered: 10/18/2023) |
| 10/23/2023 | 144 (66 pgs; 3 docs) | Notice of Motion and Motion for Leave to File an Overlength Response Filed by Aaron L. Hammer on behalf of Thomas E Springer. Hearing scheduled for 10/31/2023 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Exhibit 1 # 2 Proposed Order) (Hammer, Aaron) (Entered: 10/23/2023) |
| 10/25/2023 | 145 (33 pgs; 7 docs) | Sur Reply to (related document(s): # 74 Filed by Aaron L. Hammer on behalf of Thomas E Springer (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Hammer, Aaron). Related document(s) 74 Notice of Motion and Motion to |

| | | |
|---|---|---|
| | | Vacate Modified on 10/26/2023 correcting relationship to document #74 (Gossett, Valerie). (Entered: 10/25/2023) |
| 10/26/2023 | 146 | CORRECTIVE ENTRY correcting relationship to document #74 (RE: 145 Sur Reply). (Gossett, Valerie) (Entered: 10/26/2023) |
| 10/31/2023 | 147 (1 pg) | (E)Order Granting Motion for Leave (Related Doc # 144 ). Signed on 10/31/2023. (Dragonetti, Alex) (Entered: 10/31/2023) |
| 11/15/2023 | 148 (10 pgs) | Brief Sur reply in support of motion to vacate Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. (Shelist, Robert) (Entered: 11/15/2023) |
| 11/16/2023 | 149 (10 pgs) | Reply to Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (Shelist, Robert) (Entered: 11/16/2023) |
| 12/21/2023 | 150 | (E)Hearing Continued (RE: 74 Vacate). hearing scheduled for 01/17/2024 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 12/21/2023. (Dragonetti, Alex) (Entered: 12/21/2023) |
| 12/21/2023 | 151 | (E)Hearing Continued (RE: 126 Vacate). hearing scheduled for 01/17/2024 at 10:00 AM at Appear in Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Baer.. Signed on 12/21/2023. (Dragonetti, Alex) (Entered: 12/21/2023) |
| 12/28/2023 | 152 (15 pgs) | Transcript regarding Hearing Held 12/21/23. Remote electronic access to the excerpt/transcript is restricted until 03/27/2024. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, contact the Court Reporter D & E Reporting, Telephone number 312-986-1920. (RE: related document(s) 150 Hearing Motion Continued). Notice of Intent to Request Redaction Deadline Due By 1/11/2024. Redaction Request Due By 01/18/2024. Redacted Transcript Submission Due By 01/29/2024. Transcript access will be restricted through 03/27/2024. (Doolin, Amy) (Entered: 12/28/2023) |
| 01/17/2024 | 153 | (E)Order Denying for the Reasons Stated on the Record Motion To Vacate (Related Doc # 74 ) (Dragonetti, Alex) (Entered: 01/17/2024) |
| 01/17/2024 | 154 | (E)Order Denying for the Reasons Stated on the Record Motion To Vacate (Related Doc # 126 ) (Dragonetti, Alex) (Entered: 01/17/2024) |
| 01/17/2024 | | (private) Reopen Document (RE: 74 Motion to Vacate, 126 Motion to Vacate). (Dragonetti, Alex) (Entered: 01/17/2024) |
| 01/17/2024 | 155 (1 pg) | Order Denying Motion To Vacate (Related Doc # 74). Signed on 1/17/2024. (Dragonetti, Alex) (Entered: 01/17/2024) |
| 01/17/2024 | 156 (1 pg) | Order Denying Motion To Vacate (Related Doc # 126). Signed on 1/17/2024. (Dragonetti, Alex) (Entered: 01/17/2024) |

| | | |
|---|---|---|
| 02/05/2024 | 157 (44 pgs) | Transcript regarding Hearing Held 01/17/24. Remote electronic access to the excerpt/transcript is restricted until 05/6/2024. The excerpt/transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, contact the Court Reporter D & E Reporting, Telephone number 312-986-1920. (RE: related document(s) 153 Order on Motion to Vacate). Notice of Intent to Request Redaction Deadline Due By 2/20/2024. Redaction Request Due By 02/26/2024. Redacted Transcript Submission Due By 03/7/2024. Transcript access will be restricted through 05/6/2024. (Doolin, Amy) (Entered: 02/05/2024) |
| 02/14/2024 | 158 (4 pgs; 2 docs) | Notice of Appeal to Court of Appeals. (RE: 68 Order on Motion For Summary Judgment, 69 Judgment Order, 155 Order on Motion to Vacate, 156 Order on Motion to Vacate) Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Fee Amount $298. Appellant Designation due by 02/28/2024. Transmission of Record Due no later than 03/15/2024. (Attachments: # 1 Adversary Cover Sheet)(Shelist, Robert). Modified on 2/15/2024 Creating relationship to document #s 68, 69, 155, 156 (Sullivan, Elizabeth). (Entered: 02/14/2024) |
| 02/14/2024 | 159 | Receipt of Notice of Appeal( 20-00166) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A47526602. Fee Amount $ 298.00 (Shelist, Robert) (re:Doc# 158) (U.S. Treasury) (Entered: 02/14/2024) |
| 02/15/2024 | 160 | CORRECTIVE ENTRY: Creating relationship to document #s 68, 69, 155, 156 (RE: 158 Notice of Appeal). (Sullivan, Elizabeth) (Entered: 02/15/2024) |
| 02/16/2024 | 161 (18 pgs; 2 docs) | Notice of Motion and Motion for Certification of Direct Appeal to Appeal Court Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 3/5/2024 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Shelist, Robert) Modified on 2/20/2024 **Incorrect Proposed Order, Filer Notified** (Sullivan, Elizabeth). (Entered: 02/16/2024) |
| 02/16/2024 | 162 (3 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 161 Motion for Certification of Direct Appeal). Hearing scheduled for 3/5/2024 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 02/16/2024) |
| 02/20/2024 | 163 | CORRECTIVE ENTRY: Incorrect Proposed Order, Filer Notified (RE: 161 Motion for Certification of Direct Appeal). (Sullivan, Elizabeth) (Entered: 02/20/2024) |
| 02/20/2024 | 164 (2 pgs) | Proposed Order - ORDER ON MOTION FOR CERTIFICATION OF A DIRECT APPEAL TO THE COURT OF APPEALS Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 161 Motion for Certification of Direct Appeal). (Shelist, Robert) (Entered: 02/20/2024) |

| | | |
|---|---|---|
| 02/26/2024 | 165<br>(11 pgs; 2 docs) | Response in Opposition to (related document(s): 161 Motion for Certification of Direct Appeal) Filed by Aaron L. Hammer on behalf of Thomas E Springer (Attachments: # 1 Exhibit A - January 17, 2024 Hearing Transcript) (Hammer, Aaron) (Entered: 02/26/2024) |
| 03/01/2024 | 166<br>(10 pgs; 2 docs) | **PDF/Event Error, Filer Notified to Refile** Notice of Motion and Motion to Extend Time To File Appeal Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 3/5/2024 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Shelist, Robert) Modified on 3/4/2024 (Sullivan, Elizabeth). (Entered: 03/01/2024) |
| 03/01/2024 | 167<br>(3 pgs) | Notice of Motion Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton (RE: 166 Motion to Extend Time). Hearing scheduled for 3/5/2024 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Shelist, Robert) (Entered: 03/01/2024) |
| 03/01/2024 | 168 | Notice of Objection Filed by Nathan E Delman on behalf of Thomas E Springer (RE: 166 Motion to Extend Time). (Delman, Nathan) (Entered: 03/01/2024) |
| 03/04/2024 | | (private) Motions terminated (RE: 166 Motion to Extend Time). (Hamilton, Annette) (Entered: 03/04/2024) |
| 03/04/2024 | 169 | CORRECTIVE ENTRY: PDF/Event Error, Filer Notified to Refile (RE: 166 Motion to Extend Time). (Sullivan, Elizabeth) (Entered: 03/04/2024) |
| 03/04/2024 | 170<br>(10 pgs; 2 docs) | Notice of Motion and Motion to Timely File appeal., Notice of Motion and Motion to Extend Time appeal, Notice of Motion and Motion To Stay Pending Appeal Filed by Robert Shelist on behalf of Trinity Green, LLC, Trinity Green, LLC-509 Peyton. Hearing scheduled for 3/5/2024 at 10:00 AM at Appear In Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Baer. (Attachments: # 1 Proposed Order) (Shelist, Robert) (Entered: 03/04/2024) |
| 03/05/2024 | 171<br>(8 pgs) | Objection to (related document(s): 170 Motion to Timely File, Motion to Extend Time, Motion To Stay Pending Appeal) Filed by Aaron L. Hammer on behalf of Thomas E Springer (Hammer, Aaron) (Entered: 03/05/2024) |
| 03/05/2024 | 172 | (E)Order Denying for the Reasons Stated on the Record Motion for Request for Certification of Direct Appeal to Appeal Court (Related Doc # 161 ) (Dragonetti, Alex) (Entered: 03/05/2024) |
| 03/05/2024 | 173 | (E)Order Denying for the Reasons Stated on the Record Motion to Extend Time (Related Doc # 166). Signed on 3/5/2024. (Hamilton, Annette) (Entered: 03/06/2024) |
| 03/05/2024 | 174 | (E)Order Denying for the Reasons Stated on the Record Motion To Timely File (Related Doc # 170), Denying for the Reasons Stated on the Record Motion to Extend Time (Related Doc # 170), Denying for |

| | | |
|---|---|---|
| | | the Reasons Stated on the Record Motion To Stay Pending Appeal. (Related Doc # 170) . Signed on 3/5/2024. (Hamilton, Annette) (Entered: 03/06/2024) |
| 03/06/2024 | | (private) Reopen Document (RE: 166 Motion to Extend Time). (Hamilton, Annette) (Entered: 03/06/2024) |
| 03/06/2024 | 175 (1 pg) | Certificate of Service (RE: 158 Notice of Appeal). (Sims, Lakeysha) (Entered: 03/06/2024) |