# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Bankr. No. 18 B 14064 |
| JOHN T. MCMAHAN, | Chapter 7 |
| Debtor. | Honorable Janet S. Baer |
| THOMAS E. SPRINGER, | Adv. No. 20 A 00166 |
| Plaintiff, | |
| v. | |
| TRINITY GREEN, LLC and TRINITY GREEN, LLC-509 PEYTON, | |
| Defendants. | |

## ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO APPEAR, TO VACATE ALL SUBSTANTIVE RULINGS IN THE ADVERSARIAL CASE, FOR DISMISSAL ON LIMITATIONS GROUNDS AND FOR THE ENTRY OF OTHER RELIEF

This matter coming before the Court for ruling on the Defendants' Motion for Leave to Appear, to Vacate All Substantive Rulings in the Adversarial Case, for Dismissal on Limitations Grounds and for the Entry of Other Relief (ECF No. 74), due notice having been given to all parties entitled thereto, the Court being fully advised, and for the reasons stated in open court at the hearing on January 17, 2024;

IT IS HEREBY ORDERED THAT:

The Defendants' Motion for Leave to Appear, to Vacate All Substantive Rulings in the Adversarial Case, for Dismissal on Limitations Grounds and for the Entry of Other Relief is denied.

DATED: January 17, 2024

ENTER:

_____
Honorable Janet S. Baer
United States Bankruptcy Judge